# IN THE SUPREME COURT OF THE STATE OF NEVADA

DITECH FINANCIAL LLC, F/K/A
GREEN TREE SERVICING, LLC, A
FOREIGN LIMITED LIABILITY
COMPANY,
                    Appellant,
        vs.
SFR INVESTMENTS POOL 1, LLC, A
DOMESTIC LIMITED-LIABILITY
COMPANY,
                  Respondent.

No. 70526

**FILED**

OCT 03 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion for summary judgment. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

When our initial review of the docketing statement and other documents before this court revealed potential jurisdictional defects, we directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that, among other things, the district court had not yet entered a final order appealable under NRAP 3A(b)(1) because claims remained pending in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 418 (2000).

In response to our order, appellant concedes that the interpleader claim has not yet been resolved by the district court. Accordingly, we conclude that the notice of appeal was prematurely filed before entry of a final judgment resolving all of the claims in the district

16-30628

court, and we lack jurisdiction over this appeal. *See id.; Moran v. Bonneville Square Assoc.s*, 117 Nev. 525, 530, 25 P.3d 898, 901 (2001); NRAP 3A(b)(1). We thus

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:  Hon. Scott N. Freeman, District Judge
     Brooks Hubley LLP
     Kim Gilbert Ebron
     Washoe District Court Clerk